UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

CASE NO: 4:23-cv-01649-JKM

**BRENDA EVERETT,**
individually and on behalf of all
others similarly situated,

      Plaintiff,

v.

**EXACT CARE PHARMACY, LLC**

      Defendant.
_____/

**CLASS ACTION**

**JURY TRIAL DEMANDED**

HONORABLE JULIA K. MUNLEY

## THIRD UNOPPOSED MOTION TO MODIFY CASE MANAGEMENT ORDER

    Plaintiff Brenda Everett, by and through her undersigned counsel, moves to modify the Court's Case Management Order, and states:

    1.    Pursuant to this Court's Order, Plaintiff's Motion for Class Certification is due today.

    2.    The parties have been engaged in settlement discussions over the holidays but need additional time. If the matter does not resolve, Plaintiff requires time to complete the deposition of Defendant's vendor, who just recently produced documents responsive to Plaintiff's subpoena.

    3.    Accordingly, Plaintiff respectfully requests entry of an order modifying the Case Management Order and setting a new deadline of **February 6, 2026** for Plaintiff's Motion for Class Certification.

    4.    The brief modification of the schedule will not conflict with any other deadline because, as noted above, the next upcoming deadline is the discovery cut-off on March 4, 2026.

    5.    A schedule may be modified for good cause and with the judge's consent. Fed.R.Civ.P. 16(b)(4).

1

6. "[I]n the interest of justice and sound judicial administration, an amendment of a pretrial order should be permitted where no substantial injury will be occasioned to the opposing party, the refusal to allow the amendment might result in injustice to the movant, and the inconvenience to the court is slight." *United States v. Varner,* 13 F.3d 1503, 1507 (11th Cir.1994).

7. Granting this extension will allow the parties additional time to resolve the case and Plaintiff time to conduct the discovery she requires for her class certification motion.

8. Defendant has indicated that it does not oppose modification of the schedule.

9. Plaintiff's request is made in good faith and not for purposes of delay.

10. No party will be prejudiced by this brief extension and Plaintiff is requesting this extension before the deadline has passed.

**WHEREFORE,** Plaintiff respectfully requests entry of the attached proposed order, and for such other relief deemed appropriate by this Court.

## CERTIFICATE OF CONFERRAL

I hereby certify that I conferred with counsel for Defendant who indicated that Defendant does not oppose the requested relief.

Dated: January 7, 2026

Respectfully submitted,

By: */s/ Manuel Hiraldo*
**HIRALDO P.A.**
Manuel S. Hiraldo
Florida Bar No. 030380
401 E. Las Olas Boulevard
Suite 1400
Ft. Lauderdale, Florida 33301
Email: mhiraldo@hiraldolaw.com
Telephone: 954.400.4713